C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 260
Walnut Creek, California 94596
Telephone: (925) 944-3300
Facsimile: (925) 944-3343

Attorneys for Defendant, MEHRDAD NAIMA,
dba THE STARRY PLOUGH, DOES 1-10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RICARDO MADRIGAL, | Case No: CV 11-02008 LB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| vs. | |
| NAIMA MEHRDAD, dba THE STARRY PLOUGH DOES 1-10 | |
| Defendants. | Magistrate Judge: Hon. Laurel Beeler<br>Complaint Filed: April 28, 2011<br>Trial Date: None Set |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

Private Process:

☒ Private ADR (please identify process and provider) <u>Barbara Bryant, Esq.</u>

The parties agree to hold the ADR session by:

☒ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☐ other requested deadline _____

Dated: September 1, 2011

DE LA HOUSAYE & ASSOCIATES

BY: _____
BRENDAN J. DOOLEY
Attorneys for Defendants,
MEHRDAD NAIMA,
DBA THE STARRY PLOUGH

Dated: September 1, 2011

DAL BON & MARGAIN, APC

By: james dal bon
JAMES DAL BON
Attorneys for Plaintiff
RICARDO MADRIGAL

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☐ Mediation

☒ Private ADR

Deadline for ADR session

☒ 90 days from the date of this order.

☐ other _____

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 16, 2011

_____
Magistrate Judge Laurel Beeler
United States District Court

-2-                                  Case No. CV 11-02008 LB
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS