JAMES DAL BON
DAL BON & MARGAIN, APC
28 North First Street, Suite 700
San Jose, CA 95113
Telephone: (408) 297-4729
Facsimile: (408) 297-4728

Attorney for Plaintiff,
RICARDO MADRIGAL


C. ANGELA DE LA HOUSAYE (SBN 144218)
BRENDAN J. DOOLEY (SBN 162880)
DE LA HOUSAYE & ASSOCIATES, ALC
1655 N. Main Street, Suite 260
Walnut Creek, California 94596
Telephone: (925) 944-3300
Facsimile: (925) 944-3343

Attorneys for Defendant, MEHRDAD NAIMA,
dba THE STARRY PLOUGH, DOES 1-10


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RICARDO MADRIGAL, | Case No: CV 11-02008 LB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| NAIMA MEHRDAD, dba THE STARRY PLOUGH DOES 1-10 | |
| Defendants. | Magistrate Judge: Hon. Laurel Beeler<br>Complaint Filed: April 28, 2011<br>Trial Date: None Set |

Counsel for the parties hereby stipulate and jointly request that the above referenced case should be dismissed with prejudice.

Dated: September 28, 2012         DE LA HOUSAYE & ASSOCIATES

BY: _____/S/_____
    BRENDAN J. DOOLEY
Attorneys for Defendants,
MEHRDAD NAIMA,
DBA THE STARRY PLOUGH

Dated: September 28, 2012         DAL BON & MARGAIN, APC

By: _____/S/_____
    JAMES DAL BON
Attorneys for Plaintiff
RICARDO MADRIGAL

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby dismissed in its entirety with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 4, 2012            _____
                                  Magistrate Judge Hon. Laurel Beeler
                                  United States District Court

I hereby attest, pursuant to General Order 45, Section X.B., that I have on file all holograph signatures for any signatures indicated by a conformed signature (/S/) within this electronically filed document.

_____/S/_____
JAMES DAL BON